The UNITED STATES of America,
Plaintiff-Appellee,

v.

Ernest Wesley MILLER, Defendant-
Appellant.

No. 73–1083.

United States Court of Appeals,
Fifth Circuit.

July 8, 1974.

Ray Gene Smith, Wichita Falls, Tex. (Court-appointed), for defendant-appellant.

Anthony J. P. Farris, U. S. Atty., Robert G. Darden, Asst. U. S. Atty., Houston, Tex., for plaintiff-appellee.

Before BROWN, Chief Judge, and WISDOM, GEWIN, BELL, THORN-BERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, DYER, SIMPSON, MORGAN, CLARK, RONEY and GEE, Circuit Judges.

PER CURIAM:

The Court has considered the petition for rehearing en banc with respect to the retroactivity issue only, and is of the opinion that the decision of the panel 5 Cir., 492 F.2d 37 is correct. The petition for rehearing is in all other respects denied by the panel.